## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KATAKA NIGEL THOMAS,                                                                                            PLAINTIFF
ADC #152699

v.                                            4:13CV00665-BRW-JTK

JESSICA CHANDLER, et al.                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE